■ L & L TEXTILES, INC., Respondent, v IMPTEX INTERNATIONAL CORP., Appellant.—Order and judgment (one paper) of the Supreme Court, New York County (Beverly Cohen, J.), entered April 30, 1990, unanimously affirmed for the reasons

stated by Beverly Cohen, J., with costs. No opinion. Concur—Murphy, P. J., Milonas, Kupferman and Rubin, JJ.